IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

SEP 2 9 2025

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR336 -1 |
| | : | |
| SASHA MELISSA IKRAMELAHAI | : | |

The Grand Jury charges:

At all times relevant hereto:

**Background Allegations**

1. SASHA MELISSA IKRAMELAHAI was a resident of Florida or Georgia and relocated to the Middle District of North Carolina.

2. Victim Company was a pain management clinic headquartered in Moore County with various locations in the Middle District of North Carolina and elsewhere, including in Scotland County.

3. S.S. was a resident of New Mexico and a Physician Assistant licensed by the New Mexico Medical Board.

4. In or around May 2023, SASHA MELISSA IKRAMELAHAI used S.S.'s identity and credentials as a Physician Assistant to apply for a license from the North Carolina Medical Board to practice as a Physician Assistant in North Carolina.

5.    In or around September 2023, based on the false and fraudulent information provided by SASHA MELISSA IKRAMELAHAI, including that she had a prior name of S.S. and had a current Physician Assistant license from the New Mexico Medical Board, the North Carolina Medical Board issued SASHA MELISSA IKRAMELAHAI a license to practice as a Physician Assistant in North Carolina.

**The Scheme and Artifice**

6.    From in or about October 2023, continuing up to and including in or about January 2024, the exact dates to the Grand Jurors unknown, in the Counties of Moore and Scotland, in the Middle District of North Carolina, and elsewhere, SASHA MELISSA IKRAMELAHAI devised and intended to devise a scheme to defraud Victim Company by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts. Specifically, SASHA MELISSA IKRAMELAHAI falsely and fraudulently represented to Victim Company her education and credentials as a Physician Assistant.

7.    It was an object of the scheme to defraud for SASHA MELISSA IKRAMELAHAI to personally enrich herself by fraudulently obtaining employment and a salary from Victim Company.

2

## Manner and Means

It was part of the scheme to defraud that:

8.     In or around October 2023, SASHA MELISSA IKRAMELAHAI, by and through a recruiting service, applied for a job at Victim Company while falsely representing her background, education, and credentials.

9.     In or around November 2023, SASHA MELISSA IKRAMELAHAI began working at Victim Company and directed that her paychecks be deposited into a bank account she controlled at Bank of America, account ending in 8458.

10.     In or around December 2023, to maintain her employment at Victim Company, SASHA MELISSA IKRAMELAHAI began going through a credentialing process with the North Carolina Department of Health and Human Services. As part of that process, SASHA MELISSA IKRAMELAHAI was required to have the transcript from her highest level of education sent directly to the Department of Health and Human Services. To continue to perpetuate her scheme to defraud, SASHA MELISSA IKRAMELAHAI ordered S.S.'s transcript from the University of New Mexico and had said transcript electronically delivered to SASHA MELISSA IKRAMELAHAI's email address at Victim Company.

3

## COUNTS ONE AND TWO
### (Wire Fraud)

11. Paragraphs 1 through 10 are incorporated by reference as if fully set forth herein.

12. On or about the dates specified as to each count below, in the Counties of Moore and Scotland, in the Middle District of North, and elsewhere, SASHA MELISSA IKRAMELAHAI, having knowingly devised and intended to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, did transmit, and cause to be transmitted, by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, as set forth below:

| Count | Approximate Date | Description |
|---|---|---|
| 1 | December 29, 2023 | A wire transfer of funds that was routed from Victim Company to Ikramelahai's Bank of America account ending in 8458. |
| 2 | January 12, 2024 | A wire transfer of funds that was routed in interstate commerce from Victim Company to Ikramelahai's Bank of America account ending in 8458. |

All in violation of Title 18, United States Code, Section 1343.

4

## COUNT THREE
## (Aggravated Identity Theft)

13. Paragraphs 1 through 12 are incorporated by reference as if fully set forth herein.

14. On or about December 23, 2023, in the Middle District of North Carolina, SASHA MELISSA IKRAMELAHAI, during and in relation to a felony enumerated in Title 18, United States Code, Section 1028A(c), to wit, wire fraud, in violation of Title 18, United States Code, Section 1343, as alleged in Count One and Count Two and incorporated by reference herein, knowingly did possess and use, without lawful authority, a means of identification of another person, that is, the name belonging to S.S.; in violation of Title 18, United States Code, Section 1028A(a)(1).

DATED: September 29, 2025

CLIFTON T. BARRETT
United States Attorney

_Ashley E. Waid_
BY: ASHLEY E. WAID
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

5